UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**LETICIA MACIAS, et al.,**

      **Plaintiffs,**

v.                                    Case No. 19-CV-2305-JWL-GEB

**BNSF RAILWAY COMPANY, et al.,**

      **Defendants.**

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW Plaintiffs, through counsel, and moves the Court for leave to file their Fourth Amended Complaint pursuant to Fed. R. Civ. P. 15 and 16(a)(2). In support of their Motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on or about June 13, 2019.

2. Plaintiffs filed their First Amended Complaint on or about July 18, 2019.

3. Plaintiffs' Second Amended Complaint was deemed filed on or about November 26, 2019.

4. Plaintiffs' Third Amended Complaint was filed on or about March 18, 2020.

5. Defendant Amino Bros. has filed an answer to the Third Amended Complaint. Defendants BNSF, Terminal Consolidation Company, Unified Government of Wyandotte County/Kansas City, Kansas and Nickell Properties have filed a Motion to Dismiss. Defendants Miles Leasing, LLC has not filed an answer to the Third Amended Complaint.

6. Plaintiffs would like to amend their Complaint to correct an error in paragraph 19,

1

incorporate facts showing that CAFA and KTCA have been met, delineate a potential southern boundary, include facts concerning drainage from BNSF's property onto Plaintiffs' property, and inter alia, incorporate facts regarding the pumps owned and/or operated by Defendant UG.

7. Federal Rule of Civil Procedure 16(a)(2) states that, "The Court should freely give leave when justice so requires."

8. Plaintiffs' Counsel has worked diligently to secure new facts, evidence, and/or witnesses as they arise. This is a complex matter, made more difficult by the Covid-19 Pandemic and Quarantine. Yet, much new information has been included in Plaintiffs' Fourth Amended Complaint such as knowledge about Defendants UG and/or BNSF control of storm and/or flood gates in the area at issue in this action, an analysis of many of the rainfalls at issue, and satellite imagery analysis concerning trees removed on Defendant Miles Leasing and BNSF's property. The removal of these trees literally, knowingly or unknowingly, released a torrent of new water from between the I-635 Bridge and the Forty-Second Street Bridge. In fact, Plaintiffs' Incorporate their Fourth Amended Complaint by reference as if set forth herein. *See* attached Exhibit A.

9. Also, as requested by the Court in Document 80, Plaintiffs have worked with multiple parties, witnesses, experts, and documents to ascertain a potential and southern boundary (and really an approximate set of boundaries): that of approximately 500 feet south Strong Avenue running east into approximately 34th Street, then north to Defendant BNSF's Railyard, and including a western boundary of 42nd Street.

10. Plaintiffs further state that they incorporate Document 83 by reference as if set forth fully

herein, which lists out many of their arguments concerning Jurisdiction being proper under CAFA; and that no exception to CAFA allows Defendants to remove this to State Court; and no Defendant has made that motion.

11. Neither parties will be prejudiced by the Court granting Plaintiffs' Motion for Leave to File their Fourth Amended Complaint, however the Plaintiffs will be substantially prejudiced if leave is not granted.

WHEREFORE, Plaintiffs respectfully request that pursuant to Fed. R. Civ. P. 15 and 16(a)(2), this Court grant them leave to file their Fourth Amended Complaint and for such other relief the Court deems just and proper.

Dated: May 12, 2020                    **Respectfully submitted,**

                                             **CROSS LAW FIRM, LLC**

By: /s/ Gerald Lee Cross, Jr.
Gerald Lee Cross, Jr. (Kan. 23573)
8000 Foster Street
Overland Park, Kansas 66204
Office Tel: (913) 236-5297
Fax: (913) 904-1650
lcross@cross-lawfirm.com
***ATTORNEY FOR PLAINTIFFS***

## CERTIFICATE OF MAILING

I hereby certify that a copy of the above and foregoing Motion was sent via U.S. Mail and/or E-Mail and/or an E-Mail from the Court's Electronic Notification System, on May 12, 2020, to:

Jeffery A. Bullins
jbullins@slin.com
*Attorneys for Amino Bros. Company LLC*

Jennifer B. Wieland
Carson M. Hinderks
jwieland@berkowitzoliver.com
chinderks@berkowitzoliver.com
*Attorneys for BNSF Railway Company*

Shawn M. Rogers
Angela M. Higgins
John E. Patterson
rogers@bcsr-law.com
jpatterson@bcsr-law.com
higgins@bcsr-law.com
*Attorneys for Terminal Consolidation Company and Nickell Properties, LLC*

Susan Alig
Daniel Kuhn
salig@wycokck.org
dkuhn@wycokck.org
*Attorney for Defendant Unified Government of Wyandotte County/Kansas City, Kansas*

Vyacheslav Soyarkov
14889 Hwy J
Hughesville, Missouri 65334
slava_soyarkov@hotmail.com
*Defendant Miles Leasing Company LLC*

                                           /s/Gerald Lee Cross, Jr.
                                             *Attorney for Plaintiffs*